1 | **KATHLEEN V. FISHER, ESQ.**
2 | **RODNEY J. JACOB, ESQ.**
 | **GENEVIEVE P. RAPADAS, ESQ.**
3 | **CALVO FISHER & JACOB LLP**
 | 1st Floor, Macaranas Building Garapan
4 | PMB 951 Box 10001
5 | Saipan, MP 96950
 | Telephone: (670) 233-2045
6 | Facsimile: (670) 233-2776

7 | *Attorneys for Defendant/Counter-Plaintiff*
8 | Docomo Pacific Inc.

9 | **COLIN M. THOMPSON, ESQ.**
 | **THOMPSON LAW OFFICE, LLC**
10 | 2nd Floor, J.E. Tenorio Bldg.
 | PMB 917, Box 10001
11 | Saipan, MP 96950
12 | Telephone: (670) 233-0777
 | Facsimile: (670) 233-0776
13 |

14 | *Attorneys for Plaintiff/Counter-Defendant*
 | Nero Ortizo

FILED
Clerk
District Court

MAY 28 2015

for the Northern Mariana Islands
By_____
(Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN MARIANA ISLANDS

| NERO ORTIZO, | CIVIL ACTION NO. CV14-00006 |
| Plaintiff/Counter-Defendant, | |
| vs. | **ORDER REGARDING DISMISSAL WITH PREJUDICE** |
| DOCOMO PACIFIC INC., | **(Fed. R. Civ. P. Rule 41)** |
| Defendant/Counter-Plaintiff. | |

Proposed Order Regarding Dismissal with Prejudice

**ORDER**

The Stipulation for Dismissal with Prejudice pursuant to Fed. R. Civ. P. Rule 41 filed by Plaintiff/Counter-Defendant Nero Ortizo and Defendant/Counter-Plaintiff Docomo Pacific, Inc. (collectively the "Parties") (ECF No. 38) is hereby **APPROVED** on the terms stated therein. The claims asserted in this action by both Plaintiff/Counter-Defendant NERO ORTIZO and DEFENDANT/COUNTER-PLAINTIFF DOCOMO PACIFIC, INC. are hereby **DISMISSED WITH PREJUDICE** in their entirety, with each party to bear their own attorneys' fees and costs. The Court shall retain jurisdiction to enforce the confidential settlement agreement that was entered into by the Parties.

**SO ORDERED**   MAY 2 8 2015 .

*/s/ Alex R. Munson/*
**ALEX R. MUNSON**
United States District Court Senior Judge